Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−14472−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas A. Hafto
   107 Union Avenue
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−8781

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 15, 2026.

Dated: January 15, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nicholas A. Hafto  
    Debtor

Case No. 25-14472-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 15, 2026      Form ID: plncf13      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas A. Hafto, 107 Union Avenue, Stratford, NJ 08084-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520720863 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 15 2026 20:58:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520636780 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | Jan 15 2026 21:08:19 | CMG Mortgage, Inc., 3160 Crow Canyon Road, Ste.400, San Ramon, CA 94583-1382 |
| 520636779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 21:18:52 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520646334 | | Email/Text: mrdiscen@discover.com | Jan 15 2026 20:57:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520636781 | + | Email/Text: mrdiscen@discover.com | Jan 15 2026 20:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520636782 | + | Email/Text: dplbk@discover.com | Jan 15 2026 20:59:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520651359 | + | Email/Text: dplbk@discover.com | Jan 15 2026 20:59:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520636783 | + | Email/Text: EBN@edfinancial.com | Jan 15 2026 20:57:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520636788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2026 20:58:00 | Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 520722589 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 21:08:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520636789 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 15 2026 20:57:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520655678 | + | Email/Text: EBN@edfinancial.com | Jan 15 2026 20:57:00 | US Department of Education, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520636790 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 15 2026 21:08:35 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 520636791 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |

| Recip ID | Bypass Reason | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 15 2026 21:07:40 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520721019 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 15 2026 21:07:40 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 520711088 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 15 2026 21:07:40 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520636792 | + | Email/Text: bkfilings@zwickerpc.com | Jan 15 2026 20:59:00 | Zwicker & Associates, P.C., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520636784 | *+ | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520636785 | *+ | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520636786 | *+ | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520636787 | *+ | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Nicholas A. Hafto kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5